PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

July 13, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ slt _____

DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE _Western_ DISTRICT OF TEXAS
_Midland_ DIVISION

_Indigo Asifa Williams 461532_
Plaintiff's Name and ID Number

_Midland County Jail_
Place of Confinement

CASE NO. _7:23-CV-110-DC-RCG_
(Clerk will assign the number)

v.

_Dep. A. Powell 400 S. Main St. Midland Tx 79701_
Defendant's Name and Address

_CRP. J. Baldivi 400 S. Main St. Midland Tx 79701_
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

_____

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, <u>**DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**</u> ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ⊠ NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.   PLACE OF PRESENT CONFINEMENT: _Midland County Jail_

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Indygo Asifa Williams 461532_
_400 S. Main St. Midland Tx 79701_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Anthony Powell, correctional Officer; Midland County Jail, 400 S. Main St Midland Tx 79701_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Staring Sexually at my Penis area_

Defendant #2: _J. Baldini, corporal, Midland County Jail, 400 S. Main St. Midland Tx 79701_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Made sexual Hand gestures Towards me_

Defendant #3: _J. McHaney, Lieutenant, Midland County Jail 400 S. Main St. Midland Tx 79701_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _D. Norton, Lieutenant, Midland County Jail 400 S. Main St. Midland Tx 79701_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Discrimination, Racial profiling, Retaliation due to my Filing PREA reports_

Defendant #5: _A. Hillard, Captain, Midland County Jail, 400 S. Main St. Midland Tx 79701_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Allowing staff To sexually provoke, antagonize and retaliate Towards me_

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLANT.

6/26/23 Dep A. Powell inapropriately looked at my penis area on The Rec yard of G Block in Midland County Jail. 6/28/23 Crp J. Battin made sexual hand Gestures towards me as he Told me To "Beat It" while I was in H Block Lt. McHaney and Lt. Horton Preventing me From successfully reporting staff misconduct via Electronical Kiosk in said Jail. Captain Hillerd Hillerd allowed His staff to racial profile, discriminate, make verbal and non verbal sexual assaults towards me making me feel sexually Inadequate awhile in Midland county Jail

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Advance To criminal and/or civil litigation awarding me compensation for the discomfort and Trauma That I've obtained.

VII.   GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Triple Six, Trip 6, Saitan Tabart,

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII.   SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____

2. Case number:_____

3. Approximate date sanctions were imposed:_____

4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed?  _____ YES _X_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

  1. Court that issued warning (if federal, give the district and division): _____

  2. Case number: _____

  3. Approximate date warning was issued: _____

Executed on: 7/10/23
             DATE

_Zndugo Asifa Williams_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an _in forma pauperis_ lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____10_____ day of _July_, 20 _23_.
           (Day)              (month)              (year)

_Zndugo Williams_
(Signature of Plaintiff)

WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

## MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**<u>Inmate Name:</u> INDUGO NSOFA WILLIAMS**     **<u>Name No:</u> 461532**     **<u>Inmate's Location:</u> G BLOCK**

<u>State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:</u>

06/26/2023 19:01:09

I would like to file a PREA (Prison Rape Elimination Act) report on the deputy on shift for making me feel sexually uncomfortable due to the fact that each time he addressed me about putting on pants b/c i'm wearing my tee shirt as shorts over my boxers due to the heat b/c the unit A/C is broken he keeps looking at my penis area as he speaks to me. He is also predetorial racial profile me. Look at the unit video you'll notice that he does not approach the whites that is dressed in the same manner or in their boxers alone

<u>Official Response:</u>

06/28/2023 10:33:06

Mr. Williams, I spoke with you in person on 6-27-2023 about this situation. The Officer that was working your housing unit on 06-26-2023 was Officer Anthony Powell. For now, he will not be working your housing unit. I have the video of the alleged incident saved to a disk. This is still under investigation.

<u>Responding Staff Name:</u> AH 1103                    <u>Date:</u> 06/28/2023

<u>State your reason for appeal:</u>

06/28/2023 13:59:33

Yet he gave a break in G unit last night in which i was housed. He has made me feel uncomfortable to the point that I hid under the covers when i was that he was giving the unit officer a break. I should not be fearful of those that are to protect, serve, and keep safe

Response to appeal:

_____

_____

_____

_____

_____

_____

_____

_____

Responding staff name:_____

Date:_____

<u>Please state reason for secondary appeal:</u>

07/05/2023 14:44:08

due to the DOMINO EFFECT i will like 2 copies of WRIT OF HABEAS CORPUS to follow through to the highest level leading to litigstions

07/05/2023 21:22:58

ALONG WITH 2 WRIT OF HABEAS CORPUS I'LL LIKE THOSE COPIES OF THE FEDERAL COMPLAINT FORMS AND PEN THAT WE SPOKE ABOUT TODAY

<u>Response to secondary appeal:</u>

07/05/2023 16:55:16

I will get you the forms tomorrow.

<u>Responding Staff Name:</u> AH 1103                    <u>Date:</u> 07/05/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
### INMATE GRIEVANCE FORM

**Inmate Name:** INDUGO NSOFA WILLIAMS     **Name No:** 461532     **Inmate's Location:** H BLOCK

<u>State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:</u>

06/28/2023 16:31:07
upon talking to corperal Baldini about rewinding the video footage to find out who stole my phone numbers and addresses from off the phone J BLOCK.. his response was ' NO , BEAT IT ' as he made a masturbation movement with his hand while smirking at podium.
Being aware of my previous PREA report another deputy i feel fearful that this was a retalation and sexual insult. I've tried to conact PREA via phone with no avail and wish to exhaust all remedies to the highest level as well use this grievance as PREA report

<u>Official Response:</u>
06/29/2023 18:31:26
No PREA violation was found during the course of the investigation.

<u>Responding Staff Name:</u> DH1118                     <u>Date:</u> 06/29/2023

<u>State your reason for appeal:</u>
06/30/2023 07:37:36
due to your actions i now feel even more sexually uncomfortable by Baldini actions. As your memo states 'NO TOLERENCE' there shall be no tolerence for sexual innuendos of any sort be it physical or verbal in which Baldini displayed both.
<u>Response to appeal:</u>
06/30/2023 8:16:56
NO APPEAL. CLOSED.
<u>Responding staff name:</u> JM1116
<u>Date:</u> 06/30/2023

<u>Please state reason for secondary appeal:</u>
06/30/2023 14:38:42
appeal should not be closed bc no tolerence means no tolerence and Corp. Baldini behavior made me feel sexually uncomfortable and your acceptance to this behavior is of great concern to my family and myself.
07/03/2023 12:33:21
stated as abovementioned
<u>Response to secondary appeal:</u>
07/03/2023 8:19:39

<u>Responding Staff Name:</u> JM1116                     <u>Date:</u> 07/03/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name: INDUGO NSOFA WILLIAMS**     **Name No: 461532**     **Inmate's Location: H BLOCK**

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

06/28/2023 21:42:45

On said date 6/28/23 around 1500hrs i was removed from J BLOCK w/o any disenplinary. I approach the unit deputy Suarez as well as surounding inmates about my contacts written on paper being missing. another inmate displayed signs of aggression towards me that is on video camera. yet i was the one escorted to the holding cell and out of the unit causing me to lose my recent employ as kitchen worker.

Around 1930 hrs after shift change i approach Deputy Jides was able to locate my contact list and give it to me. I was not told how he was able retrieve it for me, I do know that i've spoken to Crp. Baldini, deps. Suarez, and Ward about this issue and they told me that they were not going to assist me. THIS IS A CLEAR CASE OF RACIAL PROFILING, DISCRIMINATION, and RETALIATION.

I HEARBY REQUEST THAT THE AGGRESSIVE INMATE WHO CONFRONTED ME TO BE DISMISSED OF HIS POSITION AND HOUSING AS MINE BE REINSTATED. I demand to exhaust all remedies to the highest and final level as well for a free phone call to INTERNAL AFFAIRS to investigate said officers especially BALDINI and POWELL ( from previous ) PREA REPORT FOR STAFF MISCONDUCT BY SEXUAL HARRASSMENT for as your memo states there is no tolerence for said behaviors

Official Response:

06/29/2023 9:41:12

This matter is being looked into.

07/03/2023 16:23:05

After review of the video you showed to be the aggressor in this argument, and you will not be reinstated as a worker or moved back to that cell block.

The is no indication of discrimination, racial profiling or retaliation against you based on this incident. It was just a matter of the numbers were found and retuned to you at a later time after these officers had gone off shift.

I will not take about any of the other matters in this grievance as they are being handled separately.

Responding Staff Name: DH1118                    Date: 06/29/2023

State your reason for appeal:

07/04/2023 13:00:35

facts, as video shows.. i'm walking around calmly asking about my stolen property and the other inmate worker in green jumped up from the table aggressively unbuttoning his shirt physically challenging me to a fight. I demand that the video footage be saved for litigation by WRIT OF HABEAS CORPUS after i exhaust all remedies to the highest and final level

Response to appeal:

07/05/2023 9:16:36

NO APPEAL. CLOSED.

Responding staff name: JM1116

Date: 07/05/2023

Please state reason for secondary appeal:

07/05/2023 12:19:34

exhaust all remedies to highest and final level

Response to secondary appeal:

07/05/2023 12:30:55

You will be moved back to G-Block. If you feel unsafe let us know.

Responding Staff Name: AH 1103                    Date: 07/05/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name: INDUGO NSOFA WILLIAMS**     **Name No: 461532**     **Inmate's Location: H BLOCK**

<u>State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:</u>

06/28/2023 16:42:24

around 1500 hrs while in G BLOCK I was addressing the unit about my phone numbers and adsresses being stolen and was seeking assistance in finding them when another inmate aggressively approached me displaying and making verbal threats, yet i was the one placed in a holding cell, fired from, my kitchen job, removed from the unit, and have my loved ones stolen. Now i'm in fear for my safety that i'm being targeted by the staff of this faucility for previously filing a PREA report on another deputy. I wish to exhaust all remedies to the highest level filing this grievance against deputy Suarez

<u>Official Response:</u>

06/29/2023 10:11:42

After reading the report and watching the video, you claims of the other inmate being the only aggressive one during the argument are unfounded.

The other matters are being taken care of separately.

<u>Responding Staff Name:</u> DH1118                <u>Date:</u> 06/29/2023

<u>State your reason for appeal:</u>

06/30/2023 14:33:32

This is a a at of favorism, discrimination, racial profiling for if you would look at the video footage you will see another inmate in green jump up from a table , unbuttoning his shirt, and verbally talking to me in a threatening manner.

<u>Response to appeal:</u>

06/30/2023 8:16:17

<u>Responding staff name:</u> JM1116

<u>Date:</u> 06/30/2023

<u>Please state reason for secondary appeal:</u>

06/30/2023 14:33:32

see said above statement of inmate making moves of aggression towards me.

07/04/2023 12:53:39

appeal is staff misconduct and favorism disciplining me when it's clearly on video footage that i was the one stolen from, being aggressed on and not me being theaggressor

<u>Response to secondary appeal:</u>

07/03/2023 15:03:26

Appeal not stated.

<u>Responding Staff Name:</u> DH1118                <u>Date:</u> 07/03/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
# DETENTION DIVISION
# INMATE GRIEVANCE FORM

**Inmate Name: INDUGO**  **Name No: 461532**  **Inmate's Location:**
**ASIFA WILLIAMS**  **MCDCCENTA**

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

06/30/2023 07:20:00
On 6/29/23 I was retaliated upon by Lt. Horton by him placing me on protected custody with out my request stating i am in fear of my life by staff. Threat he put me in is placing me in a unit where ( If you look at the video footage from 1100 hrs to 1600 hrs) The cell doors can be circumvented / easily manipulated to unlock on will by inmates, where in fact i was moved from a unit where there is more inmates, video cameras,and (the possibility of staff that i get along with) staff at all times.
I request to be removed off of protected custody and placed back in G BLOCK and demand to exhaust all remadies to the highest and final level for this grievance against Lt.Horton is for racial profiling, discrimination, and retaliation for my grievences previously against staff for their misconduct.

Official Response:
06/30/2023 8:20:32
YOU WERE MOVED FOR YOU SAFETY. WE CAN HOUSE YOU AS NEEDED, WITHOUT YOUR APPROVAL. THERE IS NO RACIAL OR DISCRIMINATORY BASIS IN THIS DECISION.

Responding Staff Name: JM1116          Date: 06/30/2023

State your reason for appeal:
06/30/2023 14:51:22
I was placed in PROTECTIVE CUSTODY without my consent and placed in lock down being treated as if i'm on disciplinary by locking me in my cell 23 hrs per day without contact to other inmates and recreation yard. In which for i do not have any behavior modfication reports due to not having any incidents, if i was to be placed in protective custody there is a said unit specifically for such inmates that is not on disciplinary contrat
Response to appeal:
07/03/2023 8:18:35
NO APPEAL. CLOSED.
Responding staff name: JM1116
Date: 07/03/2023

Please state reason for secondary appeal:
07/03/2023 12:32:35
due to i exhaust all remedies to the highest and final level leading to litigation by WRIT OF HABEAS CORPUS this appeal is not closed
07/04/2023 12:50:10
appeal is based on staff retaliation based on staff placing me on protective custody denying me access to interact with other inmates treating me as an inmate on disciplenary
Response to secondary appeal:
07/03/2023 13:01:31
Appeal not stated.

Responding Staff Name: DH1118          Date: 07/03/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name:** INDUGO   **Name No:** 461532     **Inmate's Location:**
ASIFA WILLIAMS                                    MCDCCENTA

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:
06/30/2023 07:32:13
On 6/29/23 Lt. Horton violated my rights by audio recording our conversation without my permission and knowledge as i filed PREA report on Corp. Baldini.
I wish to exhaust all remedies to the highest and final level leading to civil litigation.

Official Response:
06/30/2023 8:17:43
WE DO NOT NEED YOUR PERMISSION. EVERYTHING IN THE JAIL IS SUBJECT TO RECORDING.

Responding Staff Name: JM1116                      Date: 06/30/2023


State your reason for appeal:
06/30/2023 14:42:46
UPON INVESTIGATION OF ANY SORT, I SHOULD BE NOTIFIED IF THERE IS ANY TYPE OF RECORDING BEING MADE ... ESPECIALLY IF IT IS BEING RECORDED BY MOBILE DEVICE ALSO REFERED TO AS CELLULAR PHONE.
Response to appeal:
07/03/2023 8:07:46
NO APPEAL. CLOSED.
Responding staff name: JM1116
Date: 07/03/2023

Please state reason for secondary appeal:
07/03/2023 12:29:52
appeal not closed due to the fact that i chose to exhaust all remedies to the highest and final level leading to litigation by WRIT OF HABEAS CORPUS
07/05/2023 14:48:12
per investigation especially PREA in which should be under HIPPA LAW for sexual misconduct is a health and safety issue.. all participants should be notified of recordings
Response to secondary appeal:
07/05/2023 10:15:56
This grievance is closed. There was no violation of anything on Lt. Horton's recording of your conversation.

Responding Staff Name: AH 1103                     Date: 07/05/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name: INDUGO**     **Name No: 461532**     **Inmate's Location:**
**ASIFA WILLIAMS**                                                    **MCDCCENTA**

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

06/30/2023 15:00:26
JM1116 is responding to my request addressed to CPT. HILLARD about staff misconduct denying my right to have the Captain of the facility know of my concerns regarding his staff. This a violation and act of intimidation by the use of abuse power by authority figure.

I EXERCISE MY RIGHT TO EXHAUST ALL REMEDIES TO THE HIGHEST AND FINAL LEVEL LEADING TO CIVIL LITIGATION BY USE OF HABEAS CORPUS

Official Response:
07/03/2023 8:07:07
THIS IS NOT A GRIEVANCE. I AM A GRIEVANCE OFFICER AND THERE IS NO RIGHT TO A CAPTAIN.

Responding Staff Name: JM1116                              Date: 07/03/2023

State your reason for appeal:
07/03/2023 12:26:43
by state law i can grieve anything or anyone i want as it is your choice to respond how you want.. i'm grieving that you are denying me to address the captain of this faucility a complaint of a 2nd deputy that has displayed staff misconduct sexually.
Response to appeal:
07/03/2023 12:59:19
Appeal not stated.
Responding staff name: DH1118
Date: 07/03/2023

Please state reason for secondary appeal:
07/04/2023 12:46:30
grievance stated in 1st level. denying my right to report staff misconduct.
07/05/2023 12:15:33
request habeas corpus
Response to secondary appeal:
07/05/2023 8:27:51
NO APPEAL. CLOSED.

Responding Staff Name: JM1116                              Date: 07/05/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name: INDUGO**   **Name No: 461532**      **Inmate's Location:**
**ASIFA WILLIAMS**                                 **MCDCCENTA**

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

07/03/2023 12:39:18
JM1116 is violating my right t0 appeal staff sexual misconduct as a form of retaliation due to my filings against staff for making sexual gestures towards me.

I wish to exhaust all remedies to the highest and final level

Official Response:
07/05/2023 12:29:34

I will speak with Lt. McHaney.

Responding Staff Name: AH 1103                    Date: 07/05/2023

State your reason for appeal:
07/05/2023 14:41:23
McHaney and Horton are getting to the point of over familiarity in a negative way by discrimination and retaliation by denying my grievences of staff misconduct and are only responding them.

In need of WRIT OF HABEAS CORPUS to exceed to the next level seeking litigation on said staff and others.
Response to appeal:
07/05/2023 15:32:59
I am the next level. And I will come see you shortly.
Responding staff name: AH 1103
Date: 07/05/2023

Please state reason for secondary appeal:
07/05/2023 21:19:38
I STILL WISH TO EXHAUST ALL REMEDIES SO THAT I MAY FILL OUT A WRIT OF HABEAS CORPUS
07/06/2023 10:42:45
WRIT OF HABEAS CORPUS (1983 forms) and Federal Complaint Forms are 2 seperate legalites. To get technical MIDLAND SHERIFF CIVIL COMPLAINT FORMS (6 to 10) will suffice
Response to secondary appeal:
07/06/2023 8:06:33
I spoke with you yesterday and I will get you the forms you requested. When you were asking for writ of habeas corpus, I did not know what you meant. We call it the 1983 form for federal lawsuits in civil rights violations.

Responding Staff Name: AH 1103                    Date: 07/06/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name: INDUGO ASIFA WILLIAMS**     **Name No: 461532**     **Inmate's Location: MCDCCENTB**

<u>State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:</u>

07/06/2023 15:38:14

around 11:20 AM deputies escorted me out of G BLOCK to B BLOCK (maximum housing) after being in custody for over 6 weeks stating that my California record entered your system as well as my California housing as a maximum prisoner. Albeit that i successfully discharged parole early in San Francisco on Jan. 14, 2023. Being said that due to multiple staff complaints my current housing is an calculated act of retaliation, discrimination, and prejudice when in fact that i was replaced in G BLOCK by Captain Hillard yesterday

<u>Official Response:</u>

07/07/2023 7:48:02

There is no retaliation, discrimination, or prejudice against you. You are housed according to your classification.

<u>Responding Staff Name:</u> AH 1103        <u>Date:</u> 07/07/2023

<u>State your reason for appeal:</u>

07/07/2023 09:39:52

for the 6 - 8 wks being in your custody i've yet to have any incidents or disciplinary being a convict in the general population in the dorms. This has now become prejudice issue as well as discrimination and an act of retaliation on your behalf due to the fact that i've filed 2 PREA complaints and numerous of valid write ups on misconducts of your staff. Being said it was a calculated act of retaliation for now you now place me in a locked barred section of the facility minimizing my resources using classification for an inmate can grieve anything accept their classification.

I FURTHER CONTINUE TO EXHAUST ALL REMEDIES TO THE HIGHEST AND FINAL LEVEL AFTER FULL COMPLETION OF THIS GRIEVENCE.

<u>Response to appeal:</u>

07/07/2023 9:51:12

You are not being retaliated against. You are housed in the correct housing unit. You have the right to file anything you ant just like any other inmate has that right. We do not retaliate for you taking advantage of your rights as an inmate in our facility.

07/07/2023 9:51:40

You do not decide where we house you.

<u>Responding staff name:</u> AH 1103

<u>Date:</u> 07/07/2023

<u>Please state reason for secondary appeal:</u>

07/07/2023 10:59:36

Your previous response to last night inmate request to talk to was one of this morning stating that we will face to face talk next week for you will not be here today. I refuse to be continuously manipulated and retaliated upon by you and your staff. As above said statement after being in this facility/institution for such time w/o incident or disciplinary while being in general population dorms to now move me base on a record from a state that i'm no longer residing and off of parole to now being in the state of TEXAS with no criminal background, I deemed to be treated and judge as if for the duration of my incarceration i've done nothing but carry myself in respect to both staff and inmates. Yet i'm being punished by the use of classification for it's the only thing that i can't grieve by legal force of retaliation for complaints of staff misuse of authority by sexual misconduct as of yourself defending and protecting them by denying my right to a free unrecorded phone call to PREA as well of giving me copies for all of my grievances and inmate request responses that is to be added to my frederal complaint forms as well as writ of habeas corpus.

I HEARBY DEMAND TO EXHAUST ALL REMEDIES TO THE HIGHEST AND FINAL LEVEL LEADING TO LITIGATION IN THE STATE OF TEXAS COURT OF LAW

07/07/2023 11:31:21

RE: response to yours

I don't require everyday talk for our next meet would be our 3rd in the duration of being in your custody. It is not my fault that you and your staff is taking full advantage of your power of authority to continue to make me feel sexually uncomfortable, by using classification against me to remove from the dorms without incident or disciplinary awhile being there. Your acceptance is a violation to the no tolerence protocol.

<u>Response to secondary appeal:</u>

07/07/2023 11:06:18

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name:** INDUGO NSOFA WILLIAMS    **Name No:** 461532    **Inmate's Location:** G BLOCK

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

06/16/2023 19:18:15
RE: SGT. JIMMINEZ


Reminder to get my medical insurance number of my property and assistance with dental appointment with 'Familia Dental 432-218-7926.
Also if there is a way to get my Samsung Galaxy Charged so that I can get a number out of my phone for my attorney so i can obtain a temporary adderess to give the courts in order to get out of jail.
Last but least I need to call 'THE BAR' 432-685-1757' to get my paycheck for the 3 shift i worked prior my arrest via leaving them a voice message.


Thank You,
I.A.W.

**Official Response:**
06/18/2023 15:00:47
this is not a grievance

**Responding Staff Name:** Lt. Thompson                    **Date:** 06/18/2023

**State your reason for appeal:**
06/18/2023 15:41:26
Grievance or not.. This request was not addressed to you LT. Thompson , but addressed to SGT. Jimminez. I would appreciate my message being passed on with a response considering that I'm not from this state or country at that...
**Response to appeal:**
06/18/2023 15:42:28
**Responding staff name:** Lt. Thompson
**Date:** 06/18/2023

**Please state reason for secondary appeal:**
06/20/2023 12:05:45
as stated ... i'm not familiar with tis jail, state, or system.. im just asking a simple request to relay a message.. THANK YOU
**Response to secondary appeal:**
06/20/2023 13:53:37

**Responding Staff Name:** JM1116                    **Date:** 06/20/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name: INDUGO NSOFA WILLIAMS**     **Name No: 461532**     **Inmate's Location: G BLOCK**

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

06/13/2023 17:33:58
Due to majority of state laws per dietory calories per meals shall consist of , MAIN COURSE, DESSERT, MILK , JUICE/FRUIT. I hearby exercise my right to exhaust all remedies to the highest and final level seeking litigation or until MIDLAND COUNTY JAIL / CORRECTIONAL FACILITY fullfil these dietery needs for me and my fellow inmates/prisoners.

06/17/2023 14:48:34
RE: Per Appeal

I would like to see the dietery plan and amount of calories order by the dietation per it is my right to know what consist as a nutrious meal and the amount of calories per portion.

Official Response:
06/14/2023 12:13:10
The diet plan has been approved by a dietitian and will not be changed

Responding Staff Name: Lt. Thompson                    Date: 06/14/2023

State your reason for appeal:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Response to appeal:
06/16/2023 16:16:21
no appeal stated
Responding staff name: Lt. Thompson
Date: 06/16/2023

Please state reason for secondary appeal:
06/26/2023 14:39:38
it is a inmate right to see what consist of a dietery menu and i hereby demand a HABEAS CORPUS so that i may continue this grievance in the courts filiing a litigation upon this county
Response to secondary appeal:
06/18/2023 15:02:48
demand to see the menu is denied. The calorie intake is based on a daily average not on portion.

Responding Staff Name: Lt. Thompson                    Date: 06/18/2022

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
### INMATE GRIEVANCE FORM

**Inmate Name: INDUGO NSOFA WILLIAMS**     **Name No: 461532**     **Inmate's Location: G BLOCK**

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

06/26/2023 18:17:33

0n this date officer JM1116 denied me my right to request and recieve 2 WRIT OF HABEAS CORPUS forms from the law library stating that i must contact my attorney for such forms when in fact that the forms i seek by state law shall recieve from jail/prison faucility and i must fill them out myself, as well as pay for copies and notorization.. unless i'm indigent .. then presiding faucility pays for the fee. I HEARBY WISH TO EXHAUST ALL REMEDIES TO THE HIGHEST AND FINAL LEVEL AGAINST SAID DEPUTY

Official Response:

06/28/2023 10:30:25

Mr. Williams, you can hand write on paper the writs you wish to file. The you can mail them to whoever you want to mail them to. We don't provide documents for inmate's that already have attorneys appointed to them.

Responding Staff Name: AH 1103                    Date: 06/28/2023

I never said I wasn't going to be here. I cannot come and talk to you every single day. That's why I said next week. You will receive a copy of your grievances. You just sent the request in yesterday. Grievance closed

Responding Staff Name: AH 1103                          Date: 07/07/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name:** INDUGO     **Name No:** 461532          **Inmate's Location:**
**ASIFA WILLIAMS**                                        **MCDCCENTA**

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

07/01/2023 12:50:11
1-800-756-2587 the posted PREA number does not work and i need to make a complaint.

Official Response:
07/05/2023 10:20:46

I am working with the phone service to get this to work. I will pull you down today and speak with you.

Responding Staff Name: AH 1103                    Date: 07/05/2023

State your reason for appeal:
07/05/2023 14:33:58
not only does the number does not work .. it is not confidential for when i call i have to utilize my jail id# in which it states my name when answered and the call is recorded.
Response to appeal:
07/05/2023 15:30:21

I am still working with Secures to get the 3 digit number to call.
Responding staff name: AH 1103
Date: 07/05/2023

Please state reason for secondary appeal:
07/05/2023 21:17:50
I wish to still place a call on Corp. Baldini
07/06/2023 07:50:52
response to below statement by AH1103

BALDINI BEAT IT GESTURE WAS ENOUGH TO MAKE ME SEXUALLY UNCOMFORTABLE FOR IT WAS A REPEATIVE RESPONSE FOLLOWED BY A DISREPECTFUL SNEER REMARK. I request for the video footage to be saved to be used in litigation by WRIT OF HABEAS CORPUS
Response to secondary appeal:
07/06/2023 7:42:34
Once Secures gets the 3 digit number working, you can call. And That incident has already been investigated, unless there is something new. You were at teh desk and he was done speaking with you. He told you to beat it with his hand and thumb sticking up.

Responding Staff Name: AH 1103                    Date: 07/06/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INMATE GRIEVANCE FORM

**Inmate Name: INDUGO    Name No: 461532        Inmate's Location:**
**ASIFA WILLIAMS                                            MCDCCENTA**

State your grievance in detail. Be as specific as possible as to the date, time and nature of your grievance. A grievance consists of 1) A Violation of Civil Rights 2) A Criminal Act 3) Unjust Denial or Restrictions of Inmate Privileges, or 4) Prohibited Act by Facility Staff:

06/30/2023 15:11:29
for the past 3 days i've been trying to contact PREA and the jail phones is once again not allowing me to do so

Official Response:
07/05/2023 10:20:04

I will pull you down to speak with you.

Responding Staff Name: AH 1103                    Date: 07/05/2023

State your reason for appeal:
07/05/2023 14:51:04
not 0nly am i not allowed to call.. the calls are not confidential due to stating name and entering id#. I WISH FOR A DIRECT CALL TO PREA
Response to appeal:
07/05/2023 15:29:21
There is no direct number to PREA. The number we provided you is the number to use.
Responding staff name: AH 1103
Date: 07/05/2023

Please state reason for secondary appeal:
07/05/2023 18:22:25
this number does not answer nor is it confudential
07/06/2023 07:45:08
confidential as in the phone call to PREA shall NOT BE RECORDED AND INMATE (VICTIM) AS WELL AS PERP (THE ACCUSED) SHALL NOT BE KNOWN BY JAIL STAFF
Response to secondary appeal:
07/06/2023 7:40:42
It's not 100% confidential. If it's 100% confidential, it could not be investigated. Grievance closed

Responding Staff Name: AH 1103                    Date: 07/06/2023

**MIDLAND COUNTY SHERIFF'S DEPARTMENT**
**DETENTION DIVISION**
**INFORMATION REQUEST / COMPLAINT FORM**

**<u>Inmate Name:</u> INDUGO NSOFA WILLIAMS**     **<u>Name No:</u> 461532**     **<u>Inmate's Location:</u> G BLOCK**

<u>Please detail your request or your complaint:</u>
06/26/2023 19:05:18
May i please have PREA phone number and the name the name and badge number for the deputy currently working this unit so that i can file a sexual harrassment complaint as will as a citizen complaint against the sheriff department

<u>Official Response:</u>
06/27/2023 9:40:53
The phone number you can call is 1-800-756-2587.

<u>Responding Staff Name:</u> AH 1103                    <u>Date:</u> 06/27/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INFORMATION REQUEST / COMPLAINT FORM

**Inmate Name:** INDUGO NSOFA WILLIAMS          **Name No:** 461532          **Inmate's Location:** G BLOCK

Please detail your request or your complaint:

06/26/2023 20:02:52

by state law .. the phone numbers and adresses for PREA local and headquarters are to be posted by the unit phones along with bail bonds, public defenders, DA, community base help centers and similar programs/organizations and drug rehabs/transitional housing.

Please provide such a call list in all units?

06/27/2023 14:00:35

even tho you have displayed prea phone number our right to contact the public defenders office, county clerk, probation,etc... is still violated bc we can not contact them free of charge in which is our right

Official Response:

06/27/2023 8:22:13

WHAT LAW ARE YOU REFERRING TO?

REQUIRED INFORMATION IS AVAILABLE ON THE KIOSKS IN EVERY UNTI.

Responding Staff Name: JM1116                          Date: 06/27/2023

## MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INFORMATION REQUEST / COMPLAINT FORM

**Inmate Name:** **INDUGO**     **Name No:** **461532**          **Inmate's Location:**
**NSOFA WILLIAMS**                                                **MCDCCENTA**

Please detail your request or your complaint:
06/30/2023 07:27:42
RE: CPT. Hillard
request to talk to you about continuous behaviors of staff misconduct of racial profiling, discrimination, and retaliation for writting PREA reports on 2 deputies.
06/30/2023 14:53:34
this is a request to CPT. HILLARD not to you to respond to

Official Response:
06/30/2023 8:32:59
DENIED. I HAVE OVERSEEN THE INVESTIGATION ON YOUR PREA COMPLAINTS, AND THERE HAS BEEN NO DISCONDUCT.

Responding Staff Name: JM1116                          Date: 06/30/2023

**MIDLAND COUNTY SHERIFF'S DEPARTMENT**
**DETENTION DIVISION**
**INFORMATION REQUEST / COMPLAINT FORM**

**Inmate Name:** **INDUGO**      **Name No:** **461532**           **Inmate's Location:**
**NSOFA WILLIAMS**                                                          **MCDCCENTA**

Please detail your request or your complaint:
06/30/2023 15:05:54
RE: CAPT. Hillard

Staff member JM1116 has been responding to my request to report staff mis conduct to you directly. Denying me and my request to reach and contact you

Official Response:
07/05/2023 10:19:11

I was out of the office for the last 5-6 days. I will get with Lt. McHaney about this.

Responding Staff Name: AH 1103                               Date: 07/05/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INFORMATION REQUEST / COMPLAINT FORM

**<u>Inmate Name:</u> INDUGO ASIFA WILLIAMS**          **<u>Name No:</u> 461532**          **<u>Inmate's Location:</u> MCDCCENTA**

<u>Please detail your request or your complaint:</u>
07/04/2023 15:17:06
RE: CLASSIFICATION

Please remove off of protective custody status and appropiately house me where i may interact with other detainees and have more than one hr a day recreation by myself?
07/05/2023 12:17:36
JM 1116 has a negative personal relation with me borderline over familiarity

<u>Official Response:</u>
07/05/2023 9:09:17
DENIED

<u>Responding Staff Name:</u> JM1116                    <u>Date:</u> 07/05/2023

## MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INFORMATION REQUEST / COMPLAINT FORM

**Inmate Name:** INDUGO   **Name No:** 461532   **Inmate's Location:**
ASIFA WILLIAMS                                       MCDCCENTB

Please detail your request or your complaint:
07/06/2023 15:40:14
RE: CPT. HILLARD

ONCE AGAIN AGAIN YOUR STAFF IS ACTING OUT IN RETALIATION BY REMOVING ME FROM G BLOCK WHEN
YOU PLACED ME BACK YESTETDAY
07/07/2023 09:23:50
this is now a grieveable issue

Official Response:
07/07/2023 7:46:27

No sir, your California criminal history popped up and you were moved to the correct housing unit. There is no retaliation.

Responding Staff Name: AH 1103                    Date: 07/07/2023

# MIDLAND COUNTY SHERIFF'S DEPARTMENT
## DETENTION DIVISION
## INFORMATION REQUEST / COMPLAINT FORM

**Inmate Name:** INDUGO ASIFA WILLIAMS          **Name No:** 461532          **Inmate's Location:** MCDCCENTB

Please detail your request or your complaint:

07/06/2023 16:22:30
RE: CLASSIFICATION CARILLO

Could you please pull me so we can talk face to face about my classification bc it is not fair being in the dorms for majority of my stay without disciplinary and after being placed back into G BLOCK by CAPT. Hillard yesterday to find out that you removed me bc of something from in California
07/07/2023 09:22:55
request to speak with the Cpt.

Official Response:

07/07/2023 7:45:19

You will remain where you are for now. But you will be eligible for reclassification in 30-90 days.

Responding Staff Name: AH 1103                    Date: 07/07/2023

## MIDLAND COUNTY JAIL

☐ INFORMATION REPORT

☑ RULE VIOLATION

☐ CRIMINAL CHARGERS

NAME OF INMATE _Williams Indugo Asifa_
LAST,         FIRST,      MIDDLE

MSO NO. _Corp. Baldini_

LOCATION/AREA _H Block_

**DETAILED SUMMARY:**

around 1500 hrs at The 'H Block' Podium I asked Dep Ward, Corp. Baldini, and Another Corp To pre veiw The video footage of who stole my phone numbers and Addresses and which They all said, "NO." I Then asked if This is a act of Racial Disciminetion, Racial profiling, and Retaliction Due To I previously made a 'PREA' compliant on Thier Fellow Co-worker whos name I recently Learned is Anthony Powell. At That moment... Corp. Baldini Looks at me and Twice Made ~~that~~ Mesturbation Hand Gestures Tell me To... "BEAT IT". I felt That was a sexual Aggravated move To

Page 1 of 2

~~Officer~~ _Inmate Indugo Williams_          Date 6/29/23

Supervisor _H. D. Horten_                    Date 6/29/23

## MIDLAND COUNTY JAIL

☐ INFORMATION REPORT

☐ RULE VIOLATION

☐ CRIMINAL CHARGERS

NAME OF INMATE _____

                     LAST,         FIRST,       MIDDLE

MSO NO. _____

LOCATION/AREA _____

**DETAILED SUMMARY:**

Antagonize me and make me feel uncomfortable in which he did. Aside from feeling sexually uncomfortable I also feel fear that there will be othe behaviors of Retaliation Leading To other Actions of Misconduct my said staff of Midland county Jail as well as others.



Page 2 of 2

~~Officer~~ Inmate Induga Williams    Date 6/29/23

Supervisor M. D. Horton _____    Date 6/29/23

7/12/23

In Case of Change of Address
Please Contact
    Step Father
    Brother

I've filled These Documents at The Best
of my ability.   Thank You for Accepting

Respectfully

Indugo Williams

Indeya Agite Williams 461532
400 S Main St.
Midland Tx 79701

SCREENED BY CSO
JUL 13 2023

RECEIVED
JUL 13 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY

Texas Western District
200 E Wall St
Midland Tx 79701